1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   WILLIE WEAVER,                          )
                                            )      No. C 07-03578 JW (PR)
8              Plaintiff,                    )
                                            )      JUDGMENT
9       vs.                                  )
                                            )
10  DIRECTOR, et al.,                        )
                                            )
11             Defendant(s).                 )
                                            )

12

13

14         Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42

15  U.S.C. § 1983.  Plaintiff did not apply for leave to proceed in forma pauperis nor

16  pay the filing fee, so on July 11, 2007, this court's clerk sent him a notice that he

17  must do so within thirty days or the case would be dismissed.  On August 16, 2007,

18  plaintiff requested an extension of time to file the in forma pauperis application.

19  The Court granted his request, and directed plaintiff to file the application and

20  accompanying documentation no later than September 16, 2007 with the warning

21  that failure to do so would result in the dismissal of the case without prejudice for

22  failure to pay the filing fee.  Although that deadline has since passed, plaintiff has

23  not complied.

24         For the foregoing reasons, this case is DISMISSED without prejudice.  The

25  clerk shall close the file.

26

27  DATED: _____November 6, 2007_____          _James Ware_____

28                                                 JAMES WARE
                                                   United States District Judge

United States District Court
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.07\Weaver03578_judgment.wpd