10/11/07
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED
NOV 2 ... 2007

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON,

    DEFENDANT(S),

CASE NO. C-07-03578
JW (PR)

MOTION TO VACATE
JUDGEMENT

YOUR HONORABLE JUDGE,
OFFICE OF THE CLERK:

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT. THIS MOTION IS BASED ON THE PAPERS AND FILES IN THIS MATTER AND THE MEMORANDUM OF LAW ATTACHED HERE TO.

RESPECTIBLE SUBMITTED
Willie Weaver
    SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING BE TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,
DEFENDANT(S).

CASE NO. C-07-03578 JW (PR)

PROOF OF SERVICE

I hereby certify that on: 11/11/07, I served a copy of the attached THREE EXACT MOTION TO VACATE JUDGEMENT

by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States Mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT FOR NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct

Willie Weaver
SIGNATURE