IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, ) | No. C 07-03578 JW (PR) |
|       Plaintiff, ) | |
|   vs. ) | ORDER DENYING MOTION TO VACATE JUDGMENT |
| DIRECTOR, et al., ) | |
|       Defendant(s). ) | (Docket No. 6) |

      Plaintiff filed a motion to vacate judgment (Docket No. 6) pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Rule 59 permits parties to an action in which there has been a trial by jury to move for a new trial for the reasons set forth therein. <u>See</u> Fed. R. Civ. P. 59(a). There was no trial by jury in this action as Plaintiff's complaint was dismissed for failure to file an <u>in forma pauperis</u> application or pay the full filing fee. (Docket No. 5) Accordingly, Plaintiff's motion is DENIED.

      This order terminates Docket No. 6.

DATED: June 10, 2008

JAMES WARE
United States District Judge

Order Denying Motion to Vacate Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03578_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>                Plaintiff,<br><br>   v.<br><br>DIRECTOR, et al,<br><br>                Defendants.       / | Case Number: CV07-03578 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on     6/17/2008     , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000


Dated:      6/17/2008

                                            Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk